FILED
2023 NOV 27 PM 3:46
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# UNITED STATES DISTRICT COURT

for the

Middle District of Nashville

________ Division

Cheryl M. Lewis-Smith
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Sumner County Government Board of Commissioners
John C. Isbell, Mayor
Eric Sitler, County Law Director
David Lawing, County Finance Director
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:23-cv-1248
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cheryl Lewis-Smith |
| Street Address | 1725 Executive Way |
| City and County | Nashville / Davidson |
| State and Zip Code | TN 37207 |
| Telephone Number | (270) 846-5421 |
| E-mail Address | AKA08CS@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sumner County Government / et All |
| Job or Title *(if known)* | Board of Commissioners & Officers |
| Street Address | 355 Belvedere Drive (North) |
| City and County | Gallatin / Sumner |
| State and Zip Code | TN 37066 |
| Telephone Number | (615) 451-6060 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | John C. Isbell |
| Job or Title *(if known)* | County Mayor |
| Street Address | 355 N. Belvedere Dr |
| City and County | Gallatin / Sumner |
| State and Zip Code | TN 37066 |
| Telephone Number | (615) 452-3604 |
| E-mail Address *(if known)* | johncisbell@sumnercountytn.gov |

Defendant No. 3

| | |
|---|---|
| Name | Eric Sitler |
| Job or Title *(if known)* | County Law Director |
| Street Address | 355 N. Belvedere Drive RM 303 |
| City and County | Gallatin / Sumner |
| State and Zip Code | TN 37066 |
| Telephone Number | (615) 451-6060 |
| E-mail Address *(if known)* | esitler@sumnercountytn.gov |

Defendant No. 4

| | |
|---|---|
| Name | David Lawing |
| Job or Title *(if known)* | County Financial Director |
| Street Address | 355 N. Belvedere Drive Rm 302 |
| City and County | Gallatin / Sumner |
| State and Zip Code | TN 37066 |
| Telephone Number | (615) 451-6033 |
| E-mail Address *(if known)* | DLawing@Sumnercountytn.gov |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Sumner County Government Administration |
| Street Address | 355 N. Belvedere Drive Bldg |
| City and County | Gallatin / Sumner |
| State and Zip Code | TN 37066 |
| Telephone Number | (615) 452-3604 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*: "FMLA" (Parental Care) "Whistle blower Act" Retaliation "Equal Pay Act"/FLSA Wage + Hour, "Genetic Information" (Gina) Act

☑ Relevant state law *(specify, if known)*: TN Annotated Codes "State Audit Findings" - Finance

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: FMLA Violations/Retaliation "WhistleBlower"/State OF TN ANNotated codes

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

September 1, 2022 through June 30, 2023

C. I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race only african american County ADMINISTrator/Director in entire County
- [x] color only person of color county ADMINISTrator/Director in
- [x] gender/sex only Appointed/Hired Female Director in county ADMIN Bldg.
- [x] religion Spouse of Baptist Minister/BAPTIST Faith - Board of Commissioners operating on Judeochristian Values, Beliefs + Doctrine
- [x] national origin Violation of Personal Liberties of being.
- [x] age *(year of birth)* 1964 *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

Known Heart Condition, Menigoma (Brain Tumor) and Spondylosis Diagnosis (2022)

E. The facts of my case are as follows. Attach additional pages if needed.

See attached Packet of INFORMation to INClude Employment Contract agreement



Case 3:23-cv-01248 Document 1 Filed 11/27/23 Page 4 of 6 PageID #: 4

The County Commissioners Defunded the HR Department Budget for 2023-2024 with No proper Notification to prepare Accordingly. No qualitative or quantitative Information Was provided for Actions - No severance given after informing me of a sixty Day severance provision AND then a Six month Severance provision which was documented IN County Budget minutes.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* August 25, 2023

B. The Equal Employment Opportunity Commission *(check one)*:

- [ ] has not issued a Notice of Right to Sue letter.
- [x] issued a Notice of Right to Sue letter, which I received on *(date)* 8/28/2023

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- [x] 60 days or more have elapsed.
- [ ] less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ONE Million Dollars in Compensatory (punitative) Damages. I am asking for full Relief based on Financial Hardship, Stress and mental Anguish, Physical Detriment, Retirement Vesting Dissolution, Disparaged Treatment, Humility, Pain & suffering, →



Case 3:23-cv-01248 Document 1 Filed 11/27/23 Page 5 of 6 PageID #: 5

Lost of vesting ability for retirement, Inability to find employment due to age, Causing Need to consider late life relocation, Lost of Health coverage for self and spouse, Family Medical Leave Act Dissolution for Parent, Retaliatory Actions creating socio economic Poverty + Detriment

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 27, 2023

Signature of Plaintiff: Cheryl Lewis Smith

Printed Name of Plaintiff: Cheryl Lewis-Smith

### B. For Attorneys

Date of signing: ______

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address