IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHERYL LEWIS-SMITH, )
)
   Plaintiff, )
) NO. 3:23-cv-01248
v. )
) JUDGE RICHARDSON
SUMNER COUNTY GOVERNMENT )
BOARD OF COMMISSIONERS & )
OFFICERS, et al., )
)
   Defendants. )

## ORDER

Pending before the Court is the magistrate judge's Report and Recommendation ("R&R") from April 1, 2024 (Doc. No. 11). The R&R recommends that the Court grant Defendants' Motion to Dismiss (Doc. No. 6), which seeks dismissal of some of the claims in this case. Plaintiff has not filed any opposition to the R&R.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a de novo or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Accordingly, the R&R (Doc. No. 11) is adopted as unopposed, and the motion at Doc. No. 6 is GRANTED. Plaintiff's claims against the individually named Defendant employees of Sumner County and Commissioners should be dismissed. Her claims against all Defendants under the FMLA, ADEA and for retaliation should likewise be DISMISSED. Plaintiff's remaining claims should proceed against Sumner County Tennessee.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE